

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-14-00340-CR**

**IN RE MILTON LEE GARDNER**

_____

**Original Proceeding**

## O R D E R

Milton Lee Gardner filed a writ of mandamus asking us to order the Limestone County District Clerk to rule on his pretrial writ of habeas corpus filed with the trial court on September 9, 2014, and "if that ruling is not the granting of relief, that the said writ be trasmitted [sic] to the Court of Appeals so that the said Court may take action." Because we have no jurisdiction to compel a district clerk to act except to enforce our jurisdiction and Gardner had not alleged any need for this Court to protect that jurisdiction, we dismissed Gardner's petition for want of jurisdiction. *In re Gardner*, 2014 Tex. App. LEXIS 12658, No. 10-14-00340-CR (Tex. App.—Waco Nov. 20, 2014, orig. proceeding).

Gardner now files a motion for rehearing, this time requesting us to order the trial court to rule on the same pretrial writ which, according to Gardner, had become overruled "by operation of law" when the trial commenced.

Gardner's motion for rehearing is denied.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Rehearing denied
Order issued and filed December 18, 2014

